IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DERRICK LAWAYNE DANIELS,   )
                           )
     Plaintiff,            )
                           )      CIVIL ACTION NO.
     v.                    )        2:24cv688-MHT
                           )            (WO)
WARDEN JONES, ET AL.,      )
                           )
     Defendants.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated at Ventress Correctional Facility, filed this lawsuit. He asserts that, in 2018 and 2019, persons working at Bullock Correctional Facility, where he was previously held, ignored his reports that he had been sexually assaulted, refused to separate him from his assailants, denied him the opportunity to record a written statement, and assaulted him for calling the sexual-abuse hotline. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court

order to pay an initial partial filing fee and failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, and because plaintiff has not filed an objection indicating that he tried to pay the fee or that he cannot pay it, the court concludes that the magistrate judge's recommendation should be adopted. (The court further notes, without deciding, that it may be too late for the plaintiff to bring a lawsuit about the facts described in the complaint because they took place more than two years before plaintiff filed this lawsuit.)

    An appropriate judgment will be entered.

    DONE, this the 3rd day of June, 2025.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**